```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY  FILED            │
│ DOC #:_____                   │
│ DATE FILED:___01/27/2026         │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

BRENDA CATAPANO,

                             Plaintiff,

           -against-

NEW YORK LIGE GROUP INSURANCE
COMPANY OF NEW YORK.,

                         Defendant.

----------------------------------------------------------------X

**ORDER SCHEDULING**
**SETTLEMENT CONFERENCE**

**25-CV-8625 (JLR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Wednesday, March 11, 2026, at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel.  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **March 4, 2026, by 5:00 p.m.**

      **SO ORDERED.**

Dated: January 27, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge