UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

BRENDA CATAPANO,

                        Plaintiff,

         -against-

NEW YORK LIGE GROUP INSURANCE
COMPANY OF NEW YORK.,

                      Defendant.
-------------------------------------------------------------------X

**ORDER ADJOURNING
SETTLEMENT CONFERENCE**

**25-CV-8625 (JLR)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     In light of the Notice of Settlement filed on March 10, 2026 (doc. no 22) the Settlement

Conference currently scheduled for **March 11, 2026**, is hereby adjourned *sine die*.

     **SO ORDERED.**

Dated: March 11, 2026
      New York, New York

_____
      KATHARINE H. PARKER
      United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___03/11/2026